1  Elizabeth J. Cabraser (CA SBN 83151)
   ecabraser@lchb.com
2  Scott P. Nealey (CA SBN 193062)
   snealey@lchb.com
3  Nimish R. Desai (CA SBN 244953)
   ndesai@lchb.com
4  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
5  Embarcadero Center West
   275 Battery Street, 30th Floor
6  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
7  Facsimile:  (415) 956-1008

8

                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>Judge Charles R. Breyer |
|---|---|
| **This Order Relates to:**<br><br>Ayers v. Pfizer Inc., et al.<br>No. C-05-3770<br><br>Cherdak v. Pfizer, Inc., et al.<br>No. C-08-cv-02477<br><br>Daroogar v. Merck & Co., Inc., et al.<br>No. C-07-1061<br><br>Daubert et al. v. Pfizer, Inc. et al.<br>No. C-07-1493<br><br>Eliscu v. Merck & Co., Inc., et al.<br>No. C-06-3274<br><br>Kinzer et al. v. Pfizer, Inc., et al.<br>No. C-06-01714<br><br>Solis-King et al. v. Pfizer, Inc., et al.<br>No. M:06-CV-00371 | **STIPULATION AND ORDER OF <u>DISMISSAL WITH PREJUDICE</u>** |

27        Come now Plaintiffs NANCY AYERS, ERIK B. CHERDAK, SHAHIN DAROOGAR,

28  PAMELA DAUBERT, WALTER DAUBERT, RICHARD ELISCU, LIZETTE KINZER,

805117.2                              - 1 -

1  WILLIAM SCOTT KINZER, CONSUELO SOLIS-KING, AND JERRY B. KING, and
2  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
3  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice with
4  each side bearing its own attorneys' fees and costs.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |  |
|---|---|---|
| Dated: March 12, 2009 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: _____
      Scott P. Nealey

Elizabeth J. Cabraser
ecabraser@lchb.com
Scott P. Nealey
snealey@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs*

Dated: ~~March~~ May 18, 2009       DLA PIPER LLP (US)

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ~~March~~ May 29, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

805117.2

- 3 -